IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 OCT 19 A 10:02

Phylassphine Jackson
_____
Full name and prison number
of plaintiff(s)

v.

Detective Bettie Jo Carr
_____
_____
_____
_____
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05 cv 999-D
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Phylassphine Jackson

         Defendant(s) Frank DiBright, Cynthia Wheeler, Alex Amumwo

      2. Court (if federal court, name the district; if state court, name the county) Middle District (~~K~~ Montgomery Co

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Tutwiler Prison for Women_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
_I:I Intelligent and Investigation Division_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS. _Prison won't give Mont. AL 36104 Physical address_

NAME                ADDRESS

1. _Bettie Jo Carr_    _I:I Intelligent: Investigation_

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
_Sept 26, 2005_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Unlawfully Detained_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Detective Bettie Jo Carr was in charge in my polygraph test at the I:I building in which, it was declared I fell due to my blood pressure rising at 11:30 am. Due to failure of test, I was put in a restriction dorm away from population.

GROUND TWO: Polygraph test are not admissiable.

SUPPORTING FACTS: Polygraph test are not accurate and since they are not, They or it shouldn't be used against me.

GROUND THREE: Discrimnation

SUPPORTING FACTS: Another inmate Crystal Lamar accused a Officer Hogan of rape, she passed her polygraph test and wasn't detained. Later detained for aiding and abetting another inmate to violate. Her situation is still under investigation: she wasn't detained so it's discrimnation.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To be released back into population. Not to be harassed.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Oct 14, 2005
                    (Date)

_____
Signature of plaintiff(s)

4