IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| PHYLASSAPHINE JACKSON, #171 926 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-999-D |
| BETTIE JOE CARR | * |
| Defendant. | * |

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Julia Tutwiler Prison for Women, filed this 42 U.S.C. § 1983 action on October 19, 2005. Plaintiff has submitted a motion for leave to proceed *in forma pauperis*. Upon review of the motion, the court finds that Plaintiff has not submitted any information regarding her inmate account.

Pursuant to the fee provisions of 28 U.S.C. § 1915(b)(1), the court requires Plaintiff to submit an inmate account statement reflecting the average monthly balance in her prison account and the average monthly deposits to her account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff, therefore, shall be granted additional time to provide the court with current information regarding her inmate account so the court may determine whether she should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before November 14, 2005 Plaintiff shall submit an inmate account statement reflecting the average monthly balance in her prison account and the average monthly deposits to her account for the 6-month period *immediately* preceding the filing of the instant complaint. Plaintiff is cautioned that her failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court SEND a copy of this order to the account clerk at the Julia Tutwiler Prison for Women.

Done this 26th day of October, 2005.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE