IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| PHYLASSAPHINE JACKSON, #171 926 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-999-D |
| BETTIE JOE CARR | * |
| Defendant. | * |

_____

**O R D E R**

By order filed October 26, 2005, the court directed Plaintiff to submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. Plaintiff has submitted nothing in response to the court's order. Accordingly, it is,

ORDERED that on or before December 5, 2005, Plaintiff shall show cause why this case should not be dismissed for her failure to comply with the court's October 26, 2005 order. In filing her response, Plaintiff shall advise the court of whether she requested prison officials to provide the inmate account information or whether she has simply chosen not to submit this information. If Plaintiff does not wish to continue with this cause of action, she shall so advise the court and file a motion to dismiss.

Plaintiff is cautioned that her failure to file a response to this order will result in a

Recommendation that this case be dismissed.

Done this 21st day of November, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE