IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHYLASSAPHINE JACKSON, #171 926, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv999-D |
| ) | (WO) |
| BETTIE JOE CARR, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On December 09, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. After a review of the Recommendation and the entire record, it is CONSIDERED and ORDERED as follows:

1. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

2. the above-styled case be and the same is hereby DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court.

DONE this 27th day of December, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE